373 A.2d 1121

Commonwealth v. Ellis, Appellant.

Submitted December 6, 1976.
Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence on the conviction for robbery (18 Pa.C.S. § 3701) is affirmed (No. 4193, July T., 1975); judgment of sentence on the conviction for conspiracy (18 Pa.C.S. § 903) is affirmed (No. 4193.4, July T., 1975); judgment of sentence on the conviction for theft by unlawful taking (18 Pa.C.S. § 3921) is vacated (No. 4193.1, July T., 1975).